UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER SCHAUB,<br><br>    Plaintiff,<br><br> v.<br><br>SELECT PORTFOLIO SERVICES, INC.,<br><br>    Defendant. | CASE NO. C17-0899JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

At the request of the parties (Dkt. # 11) and for good cause shown, the court extends the deadlines set forth in the court's July 14, 2017, order by 60 days (*see* Sched.

//

//

//

MINUTE ORDER - 1

Order (Dkt. # 10)).

Filed and entered this 3rd day of August, 2017.

                    WILLIAM M. MCCOOL
                    Clerk of Court

                    s/ Ashleigh Drecktrah
                    Deputy Clerk