THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER SCHAUB,<br><br>Plaintiff,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING INC.,<br><br>Defendant. | No. 2:17-cv-00899-JLR<br><br>STIPULATED MOTION TO DISMISS WITH PREJUDICE<br><br>Note for Motion Calendar:<br>September 21, 2017 |

Plaintiff Peter Schaub and Defendant Select Portfolio Servicing, Inc. stipulate to dismissal of all claims with prejudice. In light of the parties' stipulation, the parties jointly move for dismissal of all claims with prejudice, and without costs or attorneys' fees to any party.

Dated: September 20, 2017

MASCH LAW GROUP, PLLC


s/ Brett Masch
Brett C. Masch, WSBA No. 43851
BrettM@maschlawgroup.com

MASCH LAW GROUP, PLLC
22525 64th Pl., Suite 262
Issaquah, WA 98027-5387
Telephone: (425) 427-9662
Facsimile: (425) 677-8735

*Attorneys for Plaintiff*

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
(2:17-cv-00899-JLR) - 1

94056990.1 0052161-04899

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

| | | |
|---|---|---|
| 1 | Dated: September 21, 2017 | STOEL RIVES LLP |
| 2 | | |
| 3 | | |
| 4 | | s/ Vanessa Power<br>Vanessa Soriano Power, WSBA No. 30777<br>vanessa.power@stoel.com |
| 5 | | |
| 6 | | STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101 |
| 7 | | Telephone: 206.624.0900<br>Facsimile: 206.386.7500 |
| 8 | | |
| 9 | | *Attorneys for Defendant* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 21, 2017

Honorable James L. Robart
United States District Judge

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
(2:17-cv-00899-JLR) - 2

94056990.1 0052161-04899

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on September 21, 2017, I electronically filed the foregoing with the |
| 3 | Clerk of the Court using the CM/ECF system which will send notification of such filing to the |
| 4 | following: |

5  Brett Christian Masch
   ecf@johnlonglaw.com; ecf.jll@hotmail.com
6

7  DATED : September 21, 2017.

8                                                    s/ Vanessa Soriano Power
                                                     Vanessa Soriano Power, WSBA No. 30777
9                                                    vanessa.power@stoel.com

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
(2:17-cv-00899-JLR) - 3

94056990.1 0052161-04899

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone 206.624.0900